IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DENNIS COX,

      Plaintiff,

v.                                     Case No. 5:17cv7-MW/CJK

SERGEANT R. MILLER,
et al.,

      Defendants.
_____/

## ORDER ACCEPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 11, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 14. Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "This action is **DISMISSED** without prejudice as malicious pursuant to 28 U.S.C. § 1915(e)(2)(B)(i)." All pending motions are **DENIED as moot**. (ECF Nos. 3, 8, 12, 13) The Clerk shall close the file.

**SO ORDERED on April 6, 2017.**

                                                    s/Mark E. Walker          
                                                    **United States District Judge**